**Motions Granted and Order filed October 4, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00551-CV
## NO. 14-16-00557-CV

_____

## IN THE MATTER OF THE MARRIAGE OF LANCE BOWE AND SAMANTHA PERRY

**On Appeal from the 309th District Court
Harris County, Texas
Trial Court Cause No. 2005-12087 & 2005-12087A**

## ORDER

On September 13, 2016, appellant Lance Bowe filed motions to consolidate these appeals. No opposition has been filed. The motions are **GRANTED**.

We order the appeals pending under our appellate case numbers 14-16-00551-CV and 14-16-00557-CV **CONSOLIDATED**. Any document filed in these cases from this point foreword shall bear both appeal numbers. Any clerk's or reporter's record already filed in one case shall be considered to be filed in the other case. It is appellant's responsibility to arrange for the filing of any additional clerk's or reporter's records. Appellant's brief is due by **November 3, 2016**.

PER CURIAM